ACCEPTED
03-14-00515-CV
5514359
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 3:39:35 PM
JEFFREY D. KYLE
CLERK

**03-14-00515-CV**

IN THE COURT OF APPEALS
FOR THE THIRD DISTRICT OF TEXAS
AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/2/2015 3:39:35 PM
JEFFREY D. KYLE
Clerk

Salvatore Magaraci and Estate
Protection Planning Corporation          APPELLANTS

v.

EDUARDO S. ESPINOSA, IN HIS CAPACITY AS
RECEIVER OF RETIREMENT VALUE, LLC          APPELLEE

Appeal from 419th Judicial District Court of Travis County, Texas
(Hon. Gisela D. Triana, Presiding)

**APPELLEE'S UNOPPOSED THIRD MOTION
TO EXTEND TIME TO FILE BRIEF**

John W. Thomas
State Bar No. 19856425
George, Brothers, Kincaid
& Horton, L.L.P
114 W Seventh, Suite 1100
Austin, TX 78701-3015
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
jthomas@gbkh.com

ATTORNEYS FOR APPELLEE
EDUARDO S. ESPINOSA, IN HIS
CAPACITY AS RECEIVER
OF RETIREMENT VALUE, LLC

1

COMES NOW, Appellee, Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC, and request the Court to extend the time to file Appellee's Brief. Time to File Brief in accordance with Tex. R. App. P. 10.5(b) and Tex. R. App. P. 38.6(d).

## A. Introduction

1. Appellant filed its brief on March 27, 2015.

2. Appellee's brief is due on June 29, 2015.

3. Texas Rule of Appellate Procedure Rule 38.6(b) states that the appellee's brief must be filed within 30 days after the date the appellant's brief was filed. Appellee now asks the Court to grant its motion to extend time for thirty days to file appellee's brief.

## B. Arguments & Authorities

4. The Court may extend the time for filing a brief under Texas Rule of Appellate Procedure 38.6(d).

5. Appellee seeks an extension in this case because Appellee is working on two appellate briefs in separate appeals, and counsel for Appellee has a vacation trip scheduled out of the country during the next couple weeks.

6. Counsel for Appellant does not oppose this motion and has agreed to the extension sought.

7. There has been one previous extension granted regarding the filing of Appellee's brief. The brief is well underway, and there should be no need for further extensions.

8.     Appellants had approximately seven months in which to file their brief from the date they filed their notice of appeal.

## C. **Prayer**

9.     For these reasons, Appellee Eduardo S. Espinosa, in his Capacity as Receiver of Retirement Value, LLC asks the Court to grant an extension of time to file the appellee's brief until July 29, 2015.

Respectfully submitted,

*/s/ John W. Thomas*
John W. Thomas
State Bar No. 19856425
George & Brothers, L.L.P
114 W Seventh, Suite 1100
Austin, TX  78701-3015
Telephone: (512) 495-1400
Facsimile: (512) 499-0094
jthomas@gbkh.com

**ATTORNEYS FOR APPELLEE
EDUARDO S. ESPINOSA, IN HIS
CAPACITY AS RECEIVER OF
RETIREMENT VALUE, LLC**

## CERTIFICATE OF CONFERENCE

The undersigned has conferred with counsel for Appellant about the merits of the motion and counsel for Appellant has agreed to the extension of time to file Appellee's Brief.

## CERTIFICATE OF SERVICE

A copy of the foregoing pleading was served upon the following listed counsel in the manner listed below, and by the Court's electronic service on this 2nd day of June, 2015. Subject to further notice, the electronic transmission will be reported as complete upon electronic receipt by the court.

Timothy A. Hootman
2402 Pease St.
Houston, TX 77003
(713) 247-9548
(713) 583-9523 fax
**thootman@yahoo.com**

*/s/ John W. Thomas*
John W. Thomas

4